IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01051-MSK-KLM

GOOGLE, INC.,

    Plaintiff,

v.

SHERIDAN ROSS P.C.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff **Google Inc.'s Motion to Compel Production of Personnel File From Sheridan Ross P.C.** [Docket No. 1; Filed April 19, 2013] (the "Motion") and Plaintiff **Google Inc.'s Notice of Withdrawal of Motion to Compel Production of Personnel File From Sheridan Ross P.C.** [#14; Filed May 14, 2013] (the "Notice"). In the Notice, Plaintiff informs the Court that it is withdrawing the Motion.

    IT IS HEREBY **ORDERED** that the Motion [#1], is **DENIED as moot**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall close this civil action.

    Dated: May 15, 2013